UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN A. ZIOLKOWSKI, as
Personal Representative of the
Estate of CHARLES J. ZIOLKOWSKI,
Deceased, as Assignee of
SUNCOAST MEDICAL CLINIC, LLC,

    Plaintiff,
v.                          Case No. 8:09-cv-776-T-33TGW

LANDMARK AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion to Determine Entitlement to Attorney's Fees, and to Stay Proceedings as to the Determination of the Amount of Attorney's Fees (Doc. # 157), filed on September 26, 2011. The parties agree that because Plaintiff prevailed in this breach of contract action, Plaintiff is entitled to attorney's fees under Fla. Stat. 627.428. The parties further agree to a stay in this matter as to the determination of the amount of attorney's fees until the appellate process has been completed.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion to Determine Entitlement to Attorney's Fees, and to Stay Proceedings as to the Determination of the Amount of Attorney's Fees (Doc. # 157) is **GRANTED**.

(2) This matter is stayed as to the determination of the amount of attorney's fees until the appellate process has been completed.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 20th day of October 2011.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record